No. 692, Misc. EDELSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 732, Misc. WEAVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 774, Misc. CROSS *v.* TUSTIN, PERSONNEL DIRECTOR OF SANTA CLARA COUNTY, ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied. Petitioner *pro se. Stanley A. Mosk*, Attorney General of California, *Willard A. Shank* and *John Fourt,* Deputy Attorneys General, and *Spencer M. Williams* for respondents.

No. 776, Misc. CURRY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 778, Misc. MILBERGER *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 809, Misc. LLOYD *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro. se. C. Ferdinand Sybert,* Attorney General of Maryland, *Joseph S. Kaufman,* Assistant Attorney General, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.

No. 793, Misc. GLENN *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.